UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**STEPHEN KLINE,**<br><br>**Defendant.** | Case: 1:25-mj-00115<br>Assigned To: Judge Harvey, G. Michael<br>Assign. Date: 7/2/2025<br>Description: COMPLAINT W/ARREST WARRANT |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Bryan Mancuso, a Detective with the Metropolitan Police Department, being duly sworn, depose and state as follows:

### AFFIANT BACKGROUND

1. Your affiant, Detective Bryan Mancuso, has been a sworn member of the Metropolitan Police Department of the District of Columbia (hereinafter "MPDC") since 2008, and is currently a Detective assigned to the Federal Bureau of Investigation ("FBI") and the Metropolitan Police Department's Child Exploitation Task Force. Your Affiant has investigated sexual offenses involving children since 2014, as a Task Force Officer ("TFO"). Your Affiant is responsible for investigating internet crimes against children such as the production or distribution of child pornography, as well as for investigating allegations of commercial sex trafficking of children and has been deputized as a federal law enforcement officer by the United States Marshal Services. Throughout my career, your Affiant has received specialized training regarding sexual abuse of children, sexual assaults, and sex trafficking. Your Affiant has gained expertise in conducting such investigations through formal training and on-the-job training with more experienced agents. Your Affiant has received training and experience in interviewing and

1

interrogation techniques, arrest procedures, and a variety of investigative tools available to law enforcement officers. Your Affiant has previously sworn to and obtained search warrants in Superior Court and the District Court of the District of Columbia which have led to the recovery of evidence and arrests of criminal offenses. As a Task Force Officer with the FBI, I am authorized to execute warrants issued under the authority of the United States.

2. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause to arrest the defendant. It does not set forth all of my knowledge, or the knowledge of others, about this matter. Where actions, conversations, and statements of others are related herein, they are related in substance and in part, except where otherwise indicated.

3. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 2252(a)(2), Distribution of Child Pornography have been committed by, Stephen Kline ("the SUBJECT").

## PROBABLE CAUSE

4. On Thursday, June 26, 2025, an FBI Task Force Officer (TFO) working with the Washington Field Office was acting in an undercover (UC) capacity as part of the Metropolitan Police Department-Federal Bureau of Investigation ("MPD-FBI") Child Exploitation Task Force, operating out of a satellite office in Washington, D.C. In that capacity, the UC entered a fetish website. Different areas of this site are known to the UC as places where people meet, discuss, and trade original images of underage children, links containing child pornography. On June 26, 2025 a user using the screen name, "sk87p", later identified as Stephen Kline, initiated a private message chat with the UC within the fetish website.

2

The following is a portion of the email chat between Kline and the UC:

sk87p: "Hey buddy, I am a fellow dad with a daughter as well. Id love to chat"

UC: "Do you have teleguard"

sk87p: "No wire and session"

5. On Monday, June 30, 2025, the UC sent a message request to the Session1 ID code provided by sk87p. The Session ID Code also utilizes the Session username "Tabdad147". The UC sent the following message "Hey it's Rob from [aforementioned fetish website] is this sk87p". The defendant responded, "yep, hey buddy". The following is a portion on the messages sent on session:

UC: "So you have a ▓▓▓▓ as well"

Tabdad147: "i do" "shes ▓"

UC: "Very nice" "Mines 9" "I bet very cute"

Tabdad147: "9 is such an amazing age" "yeah mine is pretty sexy"

UC: "Yes she's amazing" "You get to play or spy"

Tabdad147: "a little of both, how about you?" "she make ▓▓▓ hard"

UC: "Same here and yes very hard" "She like to play around with oral she thinks it's a fun game"

---

1 SESSION is an instant messaging mobile application that allows users to transmit and receive messages, photos, and videos. Users can communicate privately with other users or in groups. SESSION has end-to-end encryption.

Tabdad147: "aw well it kinda is lol" "she suck you?"

UC: "Yeah unfortunately that as far as it goes for now" "How about your ▇"

Tabdad147: "She doesn't really like sucking, she will jerk, or use her feet." "she loves to grind on me"

UC: "Mmmm that's hot"

6. Tabdad147 then sent an image of a female in a black bikini who appeared to be pubescent. Tabdad147 stated, "she loves watching me cum, esp when it really shoots.":

7. As the messages continued, Tabdad147 sent additional images of his reported ▇ ▇, one in a green bikini and another in a black bikini. Tabdad147, during the messages, sent an image of his ▇ lying face down on a couch wearing a red shirt and blue shorts. The UC asked Tabdad147 to send a picture of the couch and blanket visible in the picture depicting his ▇ to verify that the image of his ▇ was real rather than an image he obtained from another source. Tabdad147 sent an additional picture of the couch and blanket, which did not depict his ▇

8. After Tabdad147 verified that he does have access to his ▇, the UC stated, "Thanks always great to find a real perv dad" and then asked Tabdad147, "What's the nastiest one you've got so far". Tabdad147 responded, "yeah it really is" and "nastiest what?" The UC stated, "of that little hottie". Tabdad147 then sent an image of a pubescent girl sitting on a couch with her knees up wearing what appears to be underwear and the image is focused on her vagina.

9. The messages continued and a portion of those chats are as follows:

4

UC: "What ages do you like to jerk too" "So pissed my mega link got killed last week"

Tabdad147: "yeah i don't trust mega anymore" "7-15, 9-10 being my fav"

UC: "Oh why something I should know about Mega"

Tabdad147: "no that it goes down all the time"

UC: "Ok scared me for a second" "Got anything good you could send"

Tabdad147: "no no your good" "what do you like"

UC: "Love under 10 no limits at all"

       10.    Tabdad147 sent two images and five videos containing child sexual abuse material (CSAM) to the UC via Session. One of the videos, ten seconds in length, depicts a prepubescent female child unclothed with no breast development, very young facial features and small body structure, being orally penetrated by an unclothed adult male's erect penis. Another video, twelve seconds in length, depicts a prepubescent female girl with no breast development, very young facial features, small body structure bound to a bed by her wrists and completely unclothed, while a second individual is holding a pink vibrating object to the girls vagina.

       11.    During the course of the messages, Tabdad147 advised that his name was Mike and that he was 40 years of age. Tabdad147 reported that he lived in Pennsylvania. The defendant's profile on the original fetish website where user sk87p met the UC reports that sk87p is a 40-year-old male living in Lancaster, Pennsylvania, United States.

       12.    On June 30, 2025, FBI WFO served an emergency disclosure request (EDR) on the aforementioned fetish website regarding user sk87p. On that same day, the fetish website

responded and provided an email address, ▇▇▇▇▇▇▇▇▇▇▇▇, and recent IP history including a Fastbridge Fiber IP, ▇▇▇▇▇▇▇ on 2025-04-07 at 17:53:21 UTC and on 2025-04-26 at 03:37:53 UTC.

13.    On July 1, 2025, FBI WFO served an administrative subpoena request to Fastbridge Fiber regarding IP address ▇▇▇▇▇▇▇ on the dates and times detailed above. On that same day, Fastbridge Fiber responded and provided the following subscriber information: Stephen Kline, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇, ▇▇▇▇▇▇▇▇▇▇▇▇.

14.    A review of a publicly available Facebook account for Kline's ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇, led to the partial identification of the ▇▇ depicted in the images of Kline's ▇▇▇▇▇▇▇▇. Bracelets worn in Facebook photos of the ▇▇ associated with ▇▇▇▇▇▇ were consistent with those in images sent by the user of Tabdad147 to the FBI WFO UC.

15.    Additionally, the phone number for Stephen Kline provided by Fastbridge Fiber, ▇▇▇▇▇▇▇, resolved to a Snapchat account with the same username as the fetish website, sk87p.

## **CONCLUSION**

12. I submit that this affidavit establishes probable cause to believe that Stephen Kline violated 18 U.S.C. 2252(a)(2), Distribution of Child Pornography.

Respectfully submitted,

_____
Bryan Mancuso
Detective
Metropolitan Police Department

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) by telephone on July 2, 2025.

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE