# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Stephen Kline (AKA: N/A)<br><br>*Defendant* | ) ) ) ) ) ) ) Case No. |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Stephen Kline__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2252(a)(2) (Distribution of Child Pornography).

Date: 07/02/2025

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 7/2/2025, and the person was arrested on *(date)* 7/2/2025
at *(city and state)* Reading, Pennsylvania.

Date: 7/2/25

*Arresting officer's signature*

FBI Special Agent Carmen Dvorah de Morales
*Printed name and title*