# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **MAGISTRATE NO.: 25-MJ-115 (GMH)** |
| **v.** : | |
| : | |
| **STEPHEN KLINE,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Janani Iyengar, who may be contacted by telephone on (202) 252-7760 or e-mail at Janani.Iyengar@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Janani Iyengar*
Janani Iyengar
Assistant United States Attorney
United States Attorney's Office
NY Bar No. 5225990
601 D Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-7760
E-mail: Janani.Iyengar@usdoj.gov